

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-23-00049-CV |
| | § | Appeal from the |
| A.P.H. and J.E.H., | § | 261st Judicial District Court |
| Children. | § | of Travis County, Texas |
| | § | (TC# D-1-FM-20-002539) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3. We find that Appellant, Taylor Valkyrie A. Howard, has not filed an Appellant's brief. Thus, we dismiss the appeal for want of prosecution.

On May 2, 2023, the Clerk of this Court also sent a letter to Appellant notifying her it appeared she no longer wished to pursue this appeal, as neither an Appellant's brief nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal after ten days unless any party could show grounds for continuing the appeal.

As of this date, Appellant has not filed an Appellant's brief or a motion for extension of

1

time to file a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP.
P. 42.3(B), (C).


YVONNE T. RODRIGUEZ, Chief Justice

May 19, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.